IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
        v.                  )    Criminal No. 04-151
                            )
WILLIAM TROY MAYES          )

O R D E R

_____AND NOW, this ____25th____ day of September, 2006, in

consideration of the within government motion for permission to

file its motion pertaining to defendant's pre-sentence report under

seal, it is hereby ORDERED that said motion is GRANTED.

        IT IS FURTHER ORDERED that the government's motion

pertaining to defendant's pre-sentence report and this Court's

Order to said motion shall be filed under seal and remain under

seal until further Order of Court.

HONORABLE GARY L. LANCASTER
United States District Judge

cc: Troy Rivetti, AUSA
    Martin Dietz, Esquire